PAUL MARSA, PLAINTIFF-APPELLANT, v. DONALD J. WERNIK, INDIVIDUALLY AND AS THE MAYOR OF THE BOROUGH OF METUCHEN, DONALD J. BARNICKEL, JOHN W. BERTRAND, PATRICIA LAGAY, DENNIS O'LEARY, THOMAS E. SHARP, AND JOHN WILEY, JR., INDIVIDUALLY AND AS MEMBERS OF THE COUNCIL OF THE BOROUGH OF METUCHEN, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued December 11, 1979—Decided January 11, 1980.

Before Judges FRITZ, KOLE and LANE.

*Robert A. Vort* argued the cause for appellant.

*Martin A. Spritzer* argued the cause for respondents (*Martin A. Spritzer,* attorney; *Dennis J. Conklin,* on the brief).

PER CURIAM.

We affirm substantially for the reasons set forth by Judge Furman in his opinion at 163 *N.J.Super.* 589 (Ch.Div.1978). *See also, Bogen v. Doty,* 598 *F.2d* 1110 (8 Cir. 1979).